

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-13-00434-CR & 04-13-00435-CR

Troy Eugene **DOVE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR3631 & 2013CR3632
The Honorable Angus McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED September 18, 2013.

_____
Catherine Stone, Chief Justice